UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

WILLARD RAY RAMSAY, ET AL

VERSUS

DAVID T. RUSNAK, ET AL

CIVIL ACTION

NO. 12-614-SDD-RLB

RULING
and
ORDER OF REMAND

The court, after carefully considering the petition, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Richard L. Bourgeois, Jr. dated July 16, 2013, to which no objection has been filed, hereby approves the *Report and Recommendation* of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, Plaintiffs' *Motion to Remand* (Rec. Doc. 7) is granted and this matter is hereby remanded to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, August 7th, 2013.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

19th JDC